# EXHIBIT A-2



**B&R Services for Professionals Inc.**
235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

*National Association of Professional Process Servers*

Erica Padilla, et al.

-VS-

Mead Johnson & Company, LLC, et al.

**COURT** Court of Common Pleas of Pennsylvania
Philadelphia County - Civil

*Filed and Attested by the Office of Judicial Records 06 APR 2022 10:25 am S. RICE*

**CASE NUMBER** 220302969

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** CS186339.02
**Reference Number**

James Davis, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 3/30/2022 we received the **Civil Action Complaint** for service upon:

**Albert Einstein Healthcare Network d/b/a Einstein Healthcare Network** at **5501 Old York Rd., Philadelphia, PA 19141.**

Service was **NOT SERVED** on **3/30/2022** at **3:04 PM**, for the reason described below:

**LEGAL DEPARTMENT IS NOT ACCEPTING IN-PERSON SERVICES. SERVE BY E-MAIL. SEE NEW CS#**

Commonwealth of Pennsylvania - Notary Seal
BRENDA M. RAVENELL, Notary Public
Philadelphia County
My Commission Expires December 16, 2023
Commission Number 1266310

Sworn to and subscribed before me this 5th day of April 2022

**Process Server/Sheriff** _____
**Notary Public** _____
ATTEMPTS:

Client   Phone (215) 735-1130   :   **Filed Date:** 03/29/2022   **BR Serve By:** 04/09/2022

Tracy A. Finken, Esquire
Anapol Weiss
One Logan Square, Suite 1600
130 North 18th Street
Philadelphia, PA 19103



ORIGINAL

Case ID: 220302969