# EXHIBIT A-3



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of
Professional Process Servers

Erica Padilla, et al.

-VS-

Mead Johnson & Company, LLC, et al.

COURT Court of Common Pleas of Pennsylvania
Philadelphia County - Civil

*Filed and Attested by the Office of Judicial Records 29 APR 2022 10:21 am S. RICE*

CASE NUMBER 220302969

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

B&R Control # CS186339.01
Reference Number

James Davis, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 3/30/2022 we received the **Civil Action Complaint** for service upon:

**Albert Einstein Medical Center a/k/a Einstein Medical Center** at **5501 OLD YORK RD., PHILADELPHIA, PA 19141**.

Service was **NOT SERVED** on **3/30/2022** at **3:04 PM**, for the reason described below:

**LEGAL DEPARTMENT IS NOT ACCEPTING IN-PERSON SERVICES. SERVE BY E-MAIL. SEE NEW CS#**

Commonwealth of Pennsylvania - Notary Seal
BRENDA M. [illegible], Notary Public
Philadelphia County
My Commission Expires December 16, 2023
Commission Number 1260310

Sworn to and subscribed before me this
5th day of April 2022

**Process Server/Sheriff** _____
ATTEMPTS:

Notary Public

Client   Phone (215) 735-1130        :        | Filed Date: 03/29/2022 | BR Serve By: 04/09/2022

Tracy A. Finken, Esquire
Anapol Weiss
One Logan Square, Suite 1600
130 North 18th Street
Philadelphia, PA 19103



ORIGINAL

Case ID: 220302969