# **EXHIBIT A-5**



235 SOUTH 13TH STREET
PHILADELPHIA, PA 19107
PHONE: (215) 546-7400
FAX: (215) 985-0169

National Association of Professional Process Servers

Erica Padilla, et al.

-VS-

Mead Johnson & Company, LLC, et al.

**COURT** Court of Common Pleas of Pennsylvania
Philadelphia County - Civil

**CASE NUMBER** 220312960

*Filed and Attested by the Office of Judicial Records 29 APR 2022 10:05 am A. SILIGRINI*

# AFFIDAVIT

State of Pennsylvania
County of Philadelphia

**B&R Control #** CS186339.03
**Reference Number**

Terry Brennan, being duly sworn according to law, deposes and says that he/she is the process server/sheriff herein named, and that the facts set forth below are true and correct to the best of their knowledge, information and belief.

On 4/1/2022 we received the **Civil Action Complaint** and that service was effected upon **Albert Einstein Medical Center a/k/a Einstein Medical Center** at **5501 Old York Road, Philadelphia, Pa 19141** on **04/05/2022** at **2:20 PM**, in the manner described below:

**By service upon:** LARAINE STINGER, as an agent or person authorized to accept service at usual place of business.

Service Notes: SERVICE ACCEPTED VIA E-MAIL. E-MAILED ACCEPTANCE ATTACHED.

Commonwealth of Pennsylvania - Notary Seal
BRENDA M. RAVENELL, Notary Public
Philadelphia County
My Commission Expires December 16, 2023
Commission Number 1266310

Sworn to and subscribed before me this

8th day of April 2022

**Process Server/Sheriff** _Terry Brennan_

**Notary Public**

ATTEMPTS:

Client   Phone (215) 735-1130                          **Filed Date:** 03/29/2022   **BR Serve By:** 04/09/2022

Tracy A. Finken, Esquire
Anapol Weiss
One Logan Square, Suite 1600
130 North 18th Street
Philadelphia, PA 19103



ORIGINAL

Case ID: 220302969

From: emailservices@brservices.com
Sent: Wed, Apr 6, 2022 at 8:48 am
To: Laraine Stinger

Thank you for the acceptance information for the Padilla case.

I have sent a follow-up email to Sabon regarding the Mays case.

Thank you
Terry

-----Original Message-----
From: "Laraine Stinger" <Laraine.Stinger@jefferson.edu>
Sent: Tuesday, April 5, 2022 2:20pm
To: "Sabon Ransom" <Sabon.Ransom@jefferson.edu>, "emailservices@brservices.com" <emailservices@brservices.com>
Subject: Re: B&R COMPLAINT FOR SERVICE PADILLA V MEAD JOHNSON CS186339.03-04

Terry
We accept for Padilla for AEMC and AEHN
There is another summons with plaintiff, Nafeesah Mays, v same defendants but no complaint. If you are serving that one, please serve it with the Complaint that goes with it.
Thanks
Lar

**From:** Sabon Ransom <Sabon.Ransom@jefferson.edu>
**Sent:** Monday, April 4, 2022 1:07 PM
**To:** Laraine Stinger <StingerL@einstein.edu>
**Subject:** Fw: B&R COMPLAINT FOR SERVICE PADILLA V MEAD JOHNSON CS186339.03-04

> This message was sent securely using Zix

L,
Please advise.

**From:** emailservices@brservices.com <emailservices@brservices.com>
**Sent:** Monday, April 4, 2022 11:54 AM
**To:** Sabon Ransom <Sabon.Ransom@jefferson.edu>
**Subject:** B&R COMPLAINT FOR SERVICE PADILLA V MEAD JOHNSON CS186339.03-04

> **WARNING: External Email** - This email originated outside of Jefferson.
> **DO NOT CLICK** links or attachments unless you recognize the sender and *are expecting* the email.
> **Click the "Report Phish" button on your Outlook toolbar to alert IS&T.**

Hello

Attached find a complaint for service upon:
ALBERT EINSTEIN MEDICAL CENTER a/k/a EINSTEIN MEDICAL CENTER
ALBERT EINSTEIN HEALTHCARE NETWORK d/b/a EINSTEIN HEALTHCARE NETWORK
Erica Padilla v Mead Johnson & co.  2203-2969
Please reply with acceptance or rejection of service.
Thank you.
Terry Brennan
B&R Services for Professionals, Inc.
235 S. 13th Street
Philadelphia, PA 19107
215-546-7400
emailservices@brservices.com

Case ID: 220302969