# EXHIBIT A-6

| | |
|---|---|
| **ANAPOL WEISS**<br>BY: TRACY FINKEN, ESQUIRE<br>Identification Number: 82258<br>One Logan Square<br>130 N. 18th Street, Suite 1600<br>Philadelphia, PA 19103<br>(215) 735-0773<br>Email: tfinken@anapolweiss.com | **ATTORNEY FOR PLAINTIFFS** |
| **Keller Lenkner LLC**<br>BY: Ashley Keller (pro hac vice forthcoming)<br>150 N. Riverside Plaza, Suite 4100<br>Chicago, Illinois 60606<br>Telephone: (312) 741-5220<br>Fax: (312) 971-3502<br>Email: ack@kellerlenkner.com | **ATTORNEY FOR PLAINTIFFS** |
| **Walsh Law PLLC**<br>BY: Alex Walsh (pro hac vice forthcoming)<br>1050 Connecticut Ave, NW, Suite 500<br>Washington, D.C. 20036<br>Telephone: (202) 780-4127<br>Fax: (202) 780-3678<br>Email: awalsh@alexwalshlaw.com | **ATTORNEY FOR PLAINTIFFS** |

*Filed and Attested by the Office of Judicial Records 29 APR 2022 11:25 am G. IMPERATO*

| | | |
|---|---|---|
| **ERICA PADILLA, on her own behalf**<br>**and as Parent and Natural Guardian of J.C.,**<br>**a Minor,** | : <br> : <br> : | **COURT OF COMMON PLEAS**<br>**PHILADELPHIA COUNTY** |
|       **Plaintiffs** | : <br> : | |
|    v. | : <br> : | **CIVIL ACTION** |
| **MEAD JOHNSON & COMPANY, LLC, et al.** | : | **NO.: 220302969** |
|       **Defendants.** | : | |

### AFFIDAVIT OF SERVICE

COMMONWEALTH OF PENNSYLVANIA    )
COUNTY OF PHILADELPHIA                 )

      TRACY FINKEN, ESQUIRE, being duly sworn according to law, deposes and says that she is the attorney for the Plaintiff above named action and that the facts set forth in the Affidavit as set forth below are true and correct to the best of her knowledge, information and belief.

      1.    On March 29, 2022, a Civil Action Complaint was filed in the above matter in the Court of Common Pleas of Philadelphia County, Pennsylvania.

      2.    On or around April 15, 2022, Defendants, Mead Johnson & Company, LLC and Mead Johnson Nutrition Company, were served with a true and correct copy of the Complaint in this matter by certified mail, return receipt requested #7020 1810 0002 1257 5357 and #7020

Case ID: 220302969

1810 0002 1257 5371.  A true and correct copy of the transmittal letter as well as the return receipt is attached hereto.

      3.      I hereby state that I am the attorney for the within named Plaintiff and the facts set forth in the foregoing Affidavit, are true and correct to the best of my knowledge, information and belief; and this statement is made subject to the penalties of 18 Pa. C.S.A. Sec. 4904 relating to unsworn falsification to authorities.

*/s/ Tracy Finken*

_____
TRACY FINKEN, ESQUIRE

# ANAPOLWEISS

Tracy A. Finken, Esquire
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia PA 19103
tfinken@anapolweiss.com

(215) 735-0773 Direct Dial
(215) 875-7731 Direct Fax

April 8, 2022

Mead Johnson & Company, LLC
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

    **Re:**    **Service of Summons and Complaints**

Dear Sir/Madam:

    Enclosed please find a true and correct copy of the following Plaintiffs' Summons and Complaints, the originals of which were filed of record in the Philadelphia Court of Common Pleas on March 29, 2022, relative to the above-captioned matter:

1. Erica Padilla et al. v. Mead Johnson Company, et al., Civil Action No. 220302969;
2. Nafeesah Mays, et al. v. Mead Johnson Company, et al., Civil Action No. 220302963;
3. Jeannate Watson, et al. Mead Johnson Company, et al., Civil Action No. 220302967;
4. Kristen Kajuffa, et al. v. Mead Johnson Company, et al., Civil Action No. 220302978;
5. Nydia Parker, et al. v. Mead Johnson Company, et al., Civil Action No. 220302983;
6. Alexandria Ross, et al. v. Mead Johnson Company, et al., Civil Action No. 220302981;
7. Shanita Wiggins, et al. v. Mead Johnson Company, et al., Civil Action No. 220302986

    Plaintiff shall deem this case served upon your receipt of the enclosed Summons and Complaints. Please respond to the enclosed pursuant to the allotted time required under Pennsylvania law.

                                         Very truly yours,

                                         TRACY A. FINKEN

TAF/nsg
Enclosures
**Via Certified Mail/Return Receipt Requested: 7020 1810 0002 1257 5357**

One Logan Square, 130 North 18th Street, Suite 1600, Philadelphia, PA 19103
| 8700 East Vista Bonita Dr., Suite 268, Scottsdale, AZ 85255 | 1040 Kings Highway North, Suite 304, Cherry Hill, NJ 08034
toll free: 866.735.2792 | www.anapolweiss.com

Case ID: 220302969

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mead Johnson & Company, LLC
   Illinois Corporation Service C
   801 Adlai Stevenson Drive
   Springfield, IL 62703

   9590 9402 5400 9189 6259 11

2. Article Number *(Transfer from service label)*

   7020 1810 0002 1257 5357

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)* Eric Wheeler    Date of Delivery: APR 05 2022

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery (500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

Case ID: 220302969



Case ID: 220302969

# ANAPOLWEISS

Tracy A. Finken, Esquire
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia PA 19103
tfinken@anapolweiss.com

(215) 735-0773 Direct Dial
(215) 875-7731 Direct Fax

April 8, 2022

Mead Johnson Nutrition Company
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

**Re: Service of Summons and Complaints**

Dear Sir/Madam:

Enclosed please find a true and correct copy of the following Plaintiffs' Summons and Complaints, the originals of which were filed of record in the Philadelphia Court of Common Pleas on March 29, 2022, relative to the above-captioned matter:

1. Erica Padilla et al. v. Mead Johnson Company, et al., Civil Action No. 220302969;
2. Nafeesah Mays, et al. v. Mead Johnson Company, et al., Civil Action No. 220302963;
3. Jeannate Watson, et al. Mead Johnson Company, et al., Civil Action No. 220302967;
4. Kristen Kajuffa, et al. v. Mead Johnson Company, et al., Civil Action No. 220302978;
5. Nydia Parker, et al. v. Mead Johnson Company, et al., Civil Action No. 220302983;
6. Alexandria Ross, et al. v. Mead Johnson Company, et al., Civil Action No. 220302981;
7. Shanita Wiggins, et al. v. Mead Johnson Company, et al., Civil Action No. 220302986

Plaintiff shall deem this case served upon your receipt of the enclosed Summons and Complaints. Please respond to the enclosed pursuant to the allotted time required under Pennsylvania law.

Very truly yours,

TRACY A. FINKEN

TAF/nsg
Enclosures
**Via Certified Mail/Return Receipt Requested: 7020 1810 0002 1257 5371**

One Logan Square, 130 N. 18th Street, Suite 1600, Philadelphia, PA 19103
8700 East Vista Bonita Dr., Suite 268, Scottsdale 85255 | 1040 Kings Highway North, Suite 304, Cherry Hill, NJ 08034
toll free: 866-735-2792 | www.anapolweiss.com

Case ID: 220302969

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mead Johnson Nutrition Company
Illinois Corporation Service C
801 Adlai Stevenson Drive
Springfield, IL 62703

9590 9402 5400 9189 6258 98

2. Article Number *(Transfer from service label)*

7020 1810 0002 1257 5371

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
                    ☐ Addressee

B. Received by *(Printed Name)*: Eric Wheeler    Date of Delivery: APR 16

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Case ID: 220302969



Case ID: 220302969