# EXHIBIT B

## Case Description

| | |
|---|---|
| Case ID: | 220302969 |
| Case Caption: | PADILLA ETAL VS MEAD JOHNSON & COMPANY, LLC ETAL |
| Filing Date: | Tuesday , March 29th, 2022 |
| Court: | MAJOR JURY-COMPLEX |
| Location: | City Hall |
| Jury: | JURY |
| Case Type: | PRODUCT LIABILITY |
| Status: | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

| Motion | Assign/Date | Control No | Date/Received | Judge |
|---|---|---|---|---|
| PRELIMINARY OBJECTIONS | *pending* | 22051311 | 06-MAY-2022 | ANDERS, DANIEL J |

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | FINKEN, TRACY A |

| | | | |
|---|---|---|---|
| Address: | ONE LOGAN SQUARE<br>130 N. 18TH ST.<br>SUITE 1600<br>PHILADELPHIA PA 19103<br>(215)735-0773<br>tfinken@anapolweiss.com | Aliases: | none |

| | | | | |
|---|---|---|---|---|
| 2 | | 1 | PARENT NATURAL GUARDIAN-PLF | PADILLA, ERICA |
| **Address:** 36 MELROSE LANE WILLINGBORO NJ 08046 | | **Aliases:** *none* | | |
| 3 | | 1 | MINOR - PLAINTIFF | C, J |
| **Address:** 36 MELROSE LANE WILLINGBORO NJ 08046 | | **Aliases:** *none* | | |
| 4 | | 12 | DEFENDANT | MEAD JOHNSON & COMPANY LLC |
| **Address:** ILLINOIS CORPORATION SERVICE C 801 ADLAI STEVENSON DRIVE SPRINGFIELD IL 62703 | | **Aliases:** *none* | | |
| 5 | | 12 | DEFENDANT | MEAD JOHNSON NUTRITION COMPANY |
| **Address:** ILLINOIS CORPORATION SERVICE C 801 ADLAI STEVENSON DRIVE SPRINGFIELD IL 62703 | | **Aliases:** *none* | | |
| 6 | | | DEFENDANT | ABBOTT LABORATORIES |
| **Address:** CT CORPORATION SYSTEM 208 SO. LASALLE ST., SUITE 814 CHICAGO IL 60604 | | **Aliases:** *none* | | |
| 7 | | 10 | DEFENDANT | ALBERT EINSTEIN MEDICAL CENTER |

| | | | | |
|---|---|---|---|---|
| | **Address:** | 5501 OLD YORK ROAD PHILADELPHIA PA 19141 | **Aliases:** | EINSTEIN MEDICAL CENTER |
| 8 | | 10 | DEFENDANT | ALBERT EINSTEIN HEALTHCARE NETWORK |
| | **Address:** | 5501 OLD YORK ROAD PHILADELPHIA PA 19141 | **Aliases:** | EINSTEIN HEALTHCARE NETWORK |
| 9 | | | TEAM LEADER | ANDERS, DANIEL J |
| | **Address:** | 529 CITY HALL PHILADELPHIA PA 19107 | **Aliases:** | none |
| 10 | | | ATTORNEY FOR DEFENDANT | BROOKS JR JR., DONALD J |
| | **Address:** | ECKERT SEAMANS CHERIN MELLOTT TWO LIBERTY PLACE 50 SOUTH 16TH ST 22ND FLOOR PHILADELPHIA PA 19103 (215)851-8400 dbrooks@eckertseamans.com | **Aliases:** | none |
| 11 | | 10 | ATTORNEY FOR DEFENDANT | AGER, JACQUELYN J |
| | **Address:** | ECKERT SEAMANS CHERIN & MELLOT TWO LIBERTY PLACE, 22ND FLOOR 50 SOUTH 16TH STREET PHILADELPHIA PA 19102 (215)851-8493 jager@eckertseamans.com | **Aliases:** | none |
| 12 | | | ATTORNEY FOR DEFENDANT | MURPHY, KENNETH A |

**Address:** TUCKER LAW GROUP, LLC  **Aliases:** none
1801 MARKET STREET
SUITE 2500
PHILADELPHIA PA 19103-6996
(215)875-0609
kmurphy@tlgattorneys.com

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 29-MAR-2022 01:06 PM | ACTIVE CASE | | | 29-MAR-2022 03:43 PM |

**Docket Entry:** E-Filing Number: 2203063234

| 29-MAR-2022 01:06 PM | COMMENCEMENT CIVIL ACTION JURY | FINKEN, TRACY A | | 29-MAR-2022 03:43 PM |

**Documents:** Final Cover

**Docket Entry:** *none.*

| 29-MAR-2022 01:06 PM | COMPLAINT FILED NOTICE GIVEN | FINKEN, TRACY A | | 29-MAR-2022 03:43 PM |

**Documents:** Padilla Complaint - 2022.03.14 (Albert Einstein) (Final) - Combined.pdf

**Docket Entry:** COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED.

| 29-MAR-2022 01:06 PM | JURY TRIAL PERFECTED | FINKEN, TRACY A | | 29-MAR-2022 03:43 PM |

**Docket Entry:** 12 JURORS REQUESTED.

| 29-MAR-2022 01:06 PM | WAITING TO LIST CASE MGMT CONF | FINKEN, TRACY A | | 29-MAR-2022 03:43 PM |

**Docket Entry:** *none.*

| 06-APR-2022 10:21 AM | ATTEMPTED SERVICE - NOT FOUND | | 08-APR-2022 10:34 AM |
|---|---|---|---|
| **Documents:** | 186339.01_AFFIDAVIT_CF847F3D-87CD-654D-9D91-0B458C4F99E6.pdf | | |
| **Docket Entry:** | ALBERT EINSTEIN MEDICAL CENTER NOT FOUND ON 03/30/2022. | | |

| 06-APR-2022 10:25 AM | ATTEMPTED SERVICE - NOT FOUND | | 08-APR-2022 10:35 AM |
|---|---|---|---|
| **Documents:** | 186339.02_AFFIDAVIT_2EEFDC34-3309-FA4E-BDCB-69CD1B10138A.pdf | | |
| **Docket Entry:** | ALBERT EINSTEIN HEALTHCARE NETWORK NOT FOUND ON 03/30/2022. | | |

| 12-APR-2022 10:05 AM | AFFIDAVIT OF SERVICE FILED | | 13-APR-2022 09:18 AM |
|---|---|---|---|
| **Documents:** | 186339.03 AFF.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ALBERT EINSTEIN MEDICAL CENTER BY PERSONAL SERVICE ON 04/05/2022 FILED. | | |

| 12-APR-2022 10:07 AM | AFFIDAVIT OF SERVICE FILED | | 13-APR-2022 09:18 AM |
|---|---|---|---|
| **Documents:** | 186339.04 AFF.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON ALBERT EINSTEIN HEALTHCARE NETWORK BY PERSONAL SERVICE ON 04/05/2022 FILED. | | |

| 29-APR-2022 11:25 AM | AFFIDAVIT OF SERVICE FILED | FINKEN, TRACY A | 29-APR-2022 11:32 AM |
|---|---|---|---|
| **Documents:** | Padilla, Erica - Service Affidavit.pdf | | |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON MEAD JOHNSON NUTRITION COMPANY AND MEAD JOHNSON & COMPANY LLC BY CERTIFIED MAIL ON 04/15/2022 FILED. (FILED ON BEHALF OF J C AND ERICA PADILLA) | | |

| 03-MAY-2022 10:13 AM | ENTRY OF APPEARANCE | BROOKS JR JR., DONALD J | 03-MAY-2022 10:17 AM |
|---|---|---|---|

**Documents:** Padilla Entry.pdf

**Docket Entry:** ENTRY OF APPEARANCE OF JACQUELYN J AGER AND DONALD J BROOKS JR FILED. (FILED ON BEHALF OF ALBERT EINSTEIN HEALTHCARE NETWORK AND ALBERT EINSTEIN MEDICAL CENTER)

| 05-MAY-2022 09:22 PM | PRELIMINARY OBJECTIONS | MURPHY, KENNETH A | 06-MAY-2022 09:14 AM |
|---|---|---|---|

**Documents:** Preliminary Objections to Padilla Complaint w Exhibits.pdf

**Docket Entry:** 11-22051311 PRELIMINARY OBJECTIONS TO PLAINTIFFS' COMPLAINT FILED. RESPONSE DATE: 05/26/2022 (FILED ON BEHALF OF MEAD JOHNSON NUTRITION COMPANY AND MEAD JOHNSON & COMPANY LLC) ENTRY OF APPEARANCE FILED ON BEHALF OF MEAD JOHNSON NUTRITION COMPANY AND MEAD JOHNSON & COMPANY LLC.

▸ Case Description    ▸ Related Cases    ▸ Event Schedule    ▸ Case Parties    ▸ Docket Entries