**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ERICA PADILLA, on her own behalf and as a Parent and Natural Guardian of J.C., a Minor<br>36 Melrose Lane<br>Willingboro, NJ 08046,<br><br>          Plaintiff,<br>   v.<br><br>MEAD JOHNSON & COMPANY, LLC<br>Illinois Corporation Service Co.<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703,<br><br>MEAD JOHNSON NUTRITION COMPANY<br>Illinois Corporation Service Co.<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703,<br><br>ABBOTT LABORATORIES<br>CT Corporation System<br>208 So. Lasalle Street, Suite 814<br>Chicago, IL 60604,<br><br>ALBERT EINSTEIN MEDICAL CENTER<br>a/k/a EINSTEIN MEDICAL CENTER<br>5501 Old York Road<br>Philadelphia, PA 19141,<br><br>ALBERT EINSTEIN HEALTHCARE<br>NETWORK d/b/a EINSTEIN HEATHCARE<br>NETWORK<br>5501 Old York Road<br>Philadelphia, PA 19141,<br><br>          Defendants. | Civil Action No. _____<br><br>**(Formerly Case ID No. 220302969, Court of Common Pleas Philadelphia County)** |

**ADDENDUM REGARDING RELATED CASES**

*In re: Abbott Laboratories, et al., Preterm Infant Nutrition Products Liability Litigation*,

Multidistrict Litigation ("MDL") 3026, is currently pending and involves related cases. Abbott

Laboratories believes the following cases are, or will be, included in MDL 3026 before Chief

Judge Pallmeyer in the U.S. District Court for the Northern District of Illinois as a result of the

Judicial Panel on Multidistrict Litigation's transfer and conditional transfer orders:

| Plaintiff(s) Name(s) | Case Number |
|---|---|
| Adams, Kamekia | 2:22-cv-00036 |
| Bookhart, Kimberlee | 4:22-cv-00032 |
| Brown, Deondrick, Sr.; Etienne, Rebekah | 3:21-cv-00687 |
| Childs, Alyhana | 1:22-cv-00711 |
| Clarke, Samatha | 4:22-cv-00144 |
| Crawford, Candace | 1:21-cv-00201 |
| Davis, Patriece | 5:21-cv-00481 |
| De Los Santos, Justin | 1:22-cv-01089 |
| Devine, Karrie | 1:22-cv-01197 |
| Donaldson, Rebecca | 4:22-cv-00147 |
| Feliciano, Selena | 1:22-cv-01439 |
| George, Ashia | 1:20-cv-02537 |
| Grosshuesh, Abigail | 1:22-cv-00363 |
| Gschwend, Jessica; Hodges, Justin | 1:22-cv-00197 |
| Hall, Shannon E. | 1:22-cv-00071 |
| Hughes, Tatyana | 4:22-cv-00157 |
| Hunte, Anika; Peterson, Dane | 3:20-cv-01626 |
| Kelton, Mary | 5:21-cv-02145 |
| Koeth, Katina | 1:21-cv-06234 |
| LaFond, Lisa; LaFond, Ashley; and LaFond, Angela[1] | 2:22-cv-00724 |
| Lincoln, Brianna | 4:22-cv-00033 |
| Littles, Lashanae | 5:21-cv-02146 |
| Mar, Ericka | 1:22-cv-00232 |
| McKinnon, Lisa; McKinnon, Todd | 2:22-cv-00422 |
| Medley, Darius; Robinson, Chakoya | 2:22-cv-00273 |
| Osmun, Klaire; Osmun, Joshua | 3:22-cv-05018 |
| Payne, Kerrie; Church, Eric Sr. | 4:22-cv-00230 |
| Pariani, Margurite[2] | 2:22-cv-00723 |
| Perkins, Laurie Lynn McCubbin; Perkins, Michael | 2:22-cv-00658 |
| Poston, Stephanie | 4:22-cv-00158 |
| Rhodes, Danitra | 1:22-cv-00239 |
| Richardson, Latrice | 2:21-cv-09932 |
| Rinehart, Anthony; Rinehart, Jessica | 1:22-cv-00192 |
| Sanchez Juan, Sara Melissa | 6:21-cv-00502 |

[1] Abbott removed *LaFond, et al.* to the United States District Court for the Eastern District of California on April 27, 2022.  While currently assigned to Judge Troy L Nunley, Abbott filed a "tag-along" on April 28, 2022.

[2] Abbott removed *Pariani* to the United States District Court for the Eastern District of California on April 27, 2022.  While currently assigned to Judge Troy L Nunley, Abbott filed a "tag-along" on April 28, 2022.

| Plaintiff(s) Name(s) | Case Number |
|---|---|
| Shindel, Erika | 1:22-cv-00561 |
| Silvers, Stephanie | 4:22-cv-00159 |
| Stuper, Megan | 1:22-cv-00204 |
| Taylor, Dorothy | 1:22-cv-00203 |
| Thomas, Trisha; Johnson-Merrida, Ameerah; Maeder, Nila; Eberhart, Maria; Viera, Virjinia; Forrest, Lisa; and Madison, Sylvia[3] | 4:22-cv-002460 |
| Tracy, Kristine, Roesler, Alyssa, Barnes, Amber, Johson, Robneisha, Williams, Maria, Nelmes, Leanne and Joshua[4] | 3:22-cv-002480 |
| Walker, Hope | 3:22-cv-00174 |
| Hartwick, Kami; Michelle Perez; Ashley Gutierrez; and Malika Gillespie[5] | 3:22-cv-02598 |
| Abdullah, Terraine[6] | 2:22-cv-01684 |
| Drayton, Shondera[7] | 2:22-cv-01687 |
| Stills, Alice[8] | 2:22-cv-01691 |
| Carter, Holli[9] | 2:22-cv-01700 |
| Taylor, Christina[10] | 2:22-cv-01703 |
| Wieger, Gina, and as parent and natural guardian of M.P.[11] | 2:22-cv-01712 |
| Wieger, Gina, and as parent and natural guardian of S.P.[12] | 2:22-cv-01713 |

[3] Abbott removed *Thomas, et al.* to the United States District Court for the Northern District of California on April 21, 2022. While currently assigned to Judge Haywood S Gilliam, Jr, Abbott filed a "tag-along" on April 27, 2022.

[4] Abbott removed *Tracy, et al.* to the United States District Court for the Northern District of California on April 22, 2022. While currently assigned to Judge Yvonne Gonzalez Rogers, Abbott filed a "tag-along" on April 27, 2022.

[5] Abbott removed *Hartwick, et al.* to the United States District Court for the Northern District of California on April 27, 2022. While currently assigned to Judge Sallie Kim, Abbott filed a "tag-along" on April 27, 2022.

[6] Abbott removed *Abdullah* to the United States District Court for the Eastern on May 2, 2022. While currently assigned to Judge Karen S. Marston, Abbott filed a "tag-along" on May 2, 2022.

[7] Abbott removed *Drayton* to the United States District Court for the Eastern on May 2, 2022. While currently assigned to Judge Karen S. Marston, Abbott filed a "tag-along" on May 2, 2022.

[8] Abbott removed *Stills* to the United States District Court for the Eastern on May 2, 2022. While currently assigned to Judge Karen S. Marston, Abbott filed a "tag-along" on May 2, 2022.

[9] Abbott removed *Carter* to the United States District Court for the Eastern District of Pennsylvania on May 3, 2022. While currently assigned to Judge Karen S. Marston, Abbott filed a "tag-along" on May 3, 2022.

[10] Abbott removed *Taylor* to the United States District Court for the Eastern District of Pennsylvania on May 3, 2022. While currently assigned to Judge Karen S. Marston, Abbott filed a "tag-along" on May 3, 2022.

[11] Abbott removed *Wieger* to the United States District Court for the Eastern District of Pennsylvania on May 3, 2022. While currently assigned to Judge Karen S. Marston, Abbott filed a "tag-along" on May 3, 2022.

[12] Abbott removed *Wieger* to the United States District Court for the Eastern District of Pennsylvania on May 3, 2022. Abbott filed a "tag-along" on May 3, 2022.

| Plaintiff(s) Name(s) | Case Number |
|---|---|
| Henderson, Janee[13] | 2:22-cv-01721 |
| Hines, Delquan[14] | 2:22-cv-01722 |
| Johnson, Shemika[15] | 2:22-cv-01724 |
| McMillian, Catherine[16] | 2:22-cv-01725 |
| Moment, Dameka[17] | 2:22-cv-01737 |
| Walker-Savage, Trina[18] | 2:22-cv-01740 |
| Sanders, Loren[19] | 2:22-cv-01742 |
| Short, Samaya[20] | 2:22-cv-01745 |
| Whitfield, Robert[21] | 2:22-cv-01746 |
| Thomas, Natisha[22] | 2:22-cv-01749 |
| Williams, Melvenia[23] | 2:22-cv-01750 |
| Witherspoon, Ivyann[24] | 2:22-cv-01752 |
| Goodmond, Brandy, and as parent and natural guardian of Rya G[25] | 2:22-cv-01782 |

---

[13] Abbott removed *Henderson* to the United States District Court for the Eastern District of Pennsylvania on May 3, 2022. Abbott filed a "tag-along" on May 3, 2022.

[14] Abbott removed *Hines* to the United States District Court for the Eastern District of Pennsylvania on May 3, 2022. Abbott filed a "tag-along" on May 3, 2022.

[15] Abbott removed *Johnson* to the United States District Court for the Eastern District of Pennsylvania on May 3, 2022. Abbott filed a "tag-along" on May 3, 2022.

[16] Abbott removed *McMillian* to the United States District Court for the Eastern District of Pennsylvania on May 4, 2022. Abbott filed a "tag-along" on May 4, 2022.

[17] Abbott removed *Moment* to the United States District Court for the Eastern District of Pennsylvania on May 5, 2022. Abbott filed a "tag-along" on May 5, 2022.

[18] Abbott removed *Walker-Savage* to the United States District Court for the Eastern District of Pennsylvania on May 5, 2022. Abbott filed a "tag-along" on May 5, 2022.

[19] Abbott removed *Sanders* to the United States District Court for the Eastern District of Pennsylvania on May 5, 2022. Abbott filed a "tag-along" on May 5, 2022.

[20] Abbott removed *Short* to the United States District Court for the Eastern District of Pennsylvania on May 5, 2022. Abbott filed a "tag-along" on May 5, 2022.

[21] Abbott removed *Whitfield* to the United States District Court for the Eastern District of Pennsylvania on May 5, 2022. Abbott filed a "tag-along" on May 5, 2022.

[22] Abbott removed *Thomas* to the United States District Court for the Eastern District of Pennsylvania on May 5, 2022. Abbott filed a "tag-along" on May 5, 2022.

[23] Abbott removed *Williams* to the United States District Court for the Eastern District of Pennsylvania on May 5, 2022. Abbott filed a "tag-along" on May 5, 2022.

[24] Abbott removed *Witherspoon* to the United States District Court for the Eastern District of Pennsylvania on May 5, 2022. Abbott filed a "tag-along" on May 5, 2022.

[25] Abbott removed *Goodmond* to the United States District Court for the Eastern District of Pennsylvania on May 9, 2022. Abbott filed a "tag-along" on May 9, 2022.

| Plaintiff(s) Name(s) | Case Number |
|---|---|
| Goodmond, Brandy, and as parent and natural guardian of Ryh G[26] | 2:22-cv-01786 |
| Gray, Tonya[27] | 2:22-cv-01806 |
| Kajuffa, Kristen[28] | 2:22-cv-01809 |

---

[26] Abbott removed *Goodmond* to the United States District Court for the Eastern District of Pennsylvania on May 9, 2022. Abbott filed a "tag-along" on May 9, 2022.

[27] Abbott removed *Gray* to the United States District Court for the Eastern District of Pennsylvania on May 10, 2022. Abbott filed a "tag-along" on May 10, 2022.

[28] Abbott removed *Kajuffa* to the United States District Court for the Eastern District of Pennsylvania on May 10, 2022. Abbott filed a "tag-along" on May 10, 2022.