IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERICA PADILLA, on her own behalf and as a Parent and Natural Guardian of J.C., a Minor,<br><br>Plaintiff,<br>v.<br><br>MEAD JOHNSON & COMPANY, LLC, MEAD JOHNSON NUTRITION COMPANY, ABBOTT LABORATORIES, ALBERT EINSTEIN MEDICAL CENTER a/k/a EINSTEIN MEDICAL CENTER, ALBERT EINSTEIN HEALTHCARE NETWORK d/b/a EINSTEIN HEALTHCARE NETWORK,<br><br>Defendants. | Civil Action No. _____<br><br>**(Formerly Case ID No. 220302969, Court of Common Pleas Philadelphia County)** |

## ADDENDUM TO DESIGNATION FORM

Below are the cases currently pending in the United States District Court for the Eastern District of Pennsylvania that are related to the above-captioned matter.

| Case Name | Case Number | Judge |
|---|---|---|
| Abdullah, Terraine v. Mead Johnson & Co., et al | 2:22-cv-01684 | Judge Karen S. Marston |
| Drayton, Shondera v. Mead Johnson & Co., et al | 2:22-cv-01687 | Judge Karen S. Marston |
| Stills, Alice v. Mead Johnson & Co., et al | 2:22-cv-01691 | Judge Karen S. Marston |
| Carter, Holli v. Mead Johnson & Co., et al | 2:22-cv-01700 | Judge Karen S. Marston |
| Taylor, Christina v. Mead Johnson & Co., et al | 2:22-cv-01703 | Judge Karen S. Marston |
| Wieger, Gina, on behalf of M.P. v. Mead Johnson & Co., et al | 2:22-cv-01712 | Judge Karen S. Marston |
| Wieger, Gina, on behalf of S.P. v. Mead Johnson & Co., et al | 2:22-cv-01713 | Judge Karen S. Marston |
| Henderson, Janee v. Mead Johnson & Co., et al | 2:22-cv-01721 | Judge Karen S. Marston |

| | | |
|---|---|---|
| Hines, Delquan v. Mead Johnson & Co., et al | 2:22-cv-01722 | Judge Karen S. Marston |
| Johnson, Shemika v. Mead Johnson & Co., et al | 2:22-cv-01724 | Judge Karen S. Marston |
| McMillian, Catherine v. Mead Johnson & Co., et al | 2:22-cv-01725 | Judge Karen S. Marston |
| Moment, Dameka v. Mead Johnson & Co., et al | 2:22-cv-01737 | Judge Karen S. Marston |
| Walker-Savage, Trina and Isaiah Savage, Jr. v. Mead Johnson & Co., et al | 2:22-cv-01740 | Judge Karen S. Marston |
| Sanders, Loren v. Mead Johnson & Co., et al | 2:22-cv-01742 | Judge Karen S. Marston |
| Short, Samaya v. Mead Johnson & Co., et al | 2:22-cv-01745 | Judge Karen S. Marston |
| Whitfield, Robert v. Mead Johnson & Co., et al | 2:22-cv-01746 | Judge Karen S. Marston |
| Thomas, Natisha v. Mead Johnson & Co., et al | 2:22-cv-01749 | Judge Karen S. Marston |
| Williams, Melvenia v. Mead Johnson & Co., et al | 2:22-cv-01750 | Judge Karen S. Marston |
| Witherspoon, Ivyann v. Mead Johnson & Co., et al | 2:22-cv-1752 | Judge Karen S. Marston |
| Goodmond, Brandy on behalf of Rya G. v. Mead Johnson & Co., et al | 2:22-cv-1782 | Judge Karen S. Marston |
| Goodmond, Brandy on behalf of Ryh G. v. Mead Johnson & Co., et al | 2:22-cv-1786 | Judge Karen S. Marston |
| Kajuffa, Kristen v. Mead Johnson & Co., et al | 2:22-cv-01809 | Judge Karen S. Marston |
| Gray, Tonya v. Mead Johnson & Co., et al | 2:22-cv-01806 | Judge Karen S. Marston |
| Mays, Nafeesah v. Mead Johnson & Co., et al | 2:22-cv-01828 | |